| | |
|---|---|
| Laurence R. Martin (State Bar No. 948) | Tucker P. Gannett |
| Roberta A. Berkhof (State Bar No. 39513104) | GANNETT LAW. PLLC |
| Ryan A. Stewart (State Bar No. 60058242) | 100 N. 27th Street, Ste. 550 |
| FELT MARTIN PC | Billings, Montana 59101 |
| 550 N 31st Street, Suite 500 | Telephone:  (406) 294-2000 |
| Billings, Montana 59101-1125 | tucker@gsmtlaw.com |
| Telephone:  (406) 248-7646 | |
| Fax:          (406) 534-2002 | |
| Email:       lmartin@feltmartinlaw.com | |
|                  rberkhof@feltmartinlaw.com | |
|                  rstewart@feltmartinlaw.com | |
| | |
| ATTORNEYS FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA**

| | | |
|---|---|---|
| MARY DOE, a minor, | ) | CV 23-86-BLG-TJC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION FOR |
| vs. | ) | DISMISSAL WITH PREJUDICE |
| | ) | |
| BILLINGS SCHOOL DISTRICT NO. 2, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, by and through their respective attorneys of record, hereby respectfully move the Court to dismiss the above-entitled action, with prejudice, pursuant to the settlement agreement reached in this matter.  Parties shall bear their

respective costs and attorneys' fees.  A proposed Order is also contemporaneously filed herewith for the Court's convenience.

DATED this 17th day of December, 2024.

                FELT MARTIN PC

                By: _/s/Roberta A. Berkhof_
                      Roberta A. Berkhof
                      Attorneys for Defendant


                GANNETT LAW PLLC

                By: _/s/Tucker Gannett_
                      Tucker Gannett
                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned does certify under penalty of perjury that on the 17th day of December, 2024, a true copy of the foregoing Joint Stipulation for Dismissal served electronically by the Court's ECF notice to all parties requesting special notice or otherwise entitled to the same. The undersigned does further certify that service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following parties: NONE.

                                FELT MARTIN PC

                                *Roberta A. Berkhof*
                                Roberta A. Berkhof
                                Attorneys for Defendant