IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY DOE, a minor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BILLINGS SCHOOL DISTRICT NO. 2,<br><br>　　　　　Defendant. | CV 23-86-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 36), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 18th day of December, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge

1